106 P.3d 1120

# SUPREME COURT OF HAWAI'I

Chun v. Board of Trustees of Employees' Retirement System of State of Hawai'i; Southwood v. Board of Trustees of Employees' Retirement System of State of Hawai'i ...................... 23892    02/22/2005   Denied     106 Hawai'i 416, 106 P.3d 339

Kepo'o v. Kane; Dela Cruz v. Department of Hawaiian Home Lands ex rel. Kane; Tanimoto v. Department of Hawaiian Home Lands ex rel. Kane ............. 23702    02/16/2005   Denied     106 Hawai'i 270, 103 P.3d 939

State v. Calero ................... 25233    01/10/2005   Denied     106 Hawai'i 40, 100 P.3d 971

State v. Maluia .................. 25689    01/10/2005   Granted    106 Hawai'i 80, 101 P.3d 689

State v. Smith ................... 25544    02/04/2005   Denied     106 Hawai'i 365, 105 P.3d 242